## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANTHONY SPANN,**
     **Petitioner,**

**v.**                             **No. 08-CIV-14360-LENARD**

**JULIE L. JONES,**
     **Respondent.**
_____/

## RESPONSE TO PETITIONER'S REQUEST FOR ASSISTANCE

**COMES NOW** the undersigned counsel and herein files this response to Petitioner's Request for Assistance in communicating with counsel.  In response thereto, counsel states as follows:

1.    The undersigned has reviewed the Petitioner's letter, in which he is requesting assistance in communicating with the undersigned. Counsel informs the Court that following receipt and review of Petitioner's letter, he has written to Mr. Spann and informed him of his regret over this matter of communication problems and that counsel will be visiting with him within the coming weeks to discuss this and any other matter he wishes.  Part of the problem is that counsel has had an address change that likely resulted in some missed communication from Mr. Spann, something that of course is not Mr.

Spann's fault.[1]  That is counsel's oversight but counsel informs the Court that this issue has been rectified and, as noted, he has communicated with Mr. Spann, provided him with his new mailing address, and informed him of his plan to visit him in the coming weeks.

2.      Counsel therefore responds to the request for assistance by informing the Court that counsel has addressed this situation and that Mr. Spann's concerns have been addressed in counsel's communication to him.

Respectfully submitted,

*/s/ Todd G. Scher*
BY: TODD G. SCHER
FLORIDA BAR NUMBER 0899641
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, Florida  33020
(754) 263-2349 (Tel)
(754) 263-4147 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which

---

[1] Counsel also explained to Mr. Spann that there must have been a misunderstanding with the information he received from his sister.  Counsel has never spoken with Mr. Spann's sister.  In any event, as counsel notes above, communication has been made with Mr. Spann and counsel anticipates this matter is now resolved.

will send a notice of electronic filing to counsel for the Respondent.


*/s/ Todd G. Scher*
Todd G. Scher